COALE & COMPANY, Inc., v. VALDURA S. S. CO., Limited. (Circuit Court of Appeals, Fourth Circuit. February 5, 1923.) No. 2046. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. James M. Mullen and Edward N. Rich, both of Baltimore, Md., for appellant. Janney, Stuart & Ober, of Baltimore, Md., and Charles R. Hickox, of New York City, for appellee.

PER CURIAM. Cause dismissed, at cost of appellant, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), per agreement of counsel.

---

COALE & COMPANY, Inc., v. VESTALIA S. S. CO., Limited. (Circuit Court of Appeals, Fourth Circuit. February 5, 1923.) No. 2045. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. James M. Mullen and Edward N. Rich, both of Baltimore, Md., for appellant. Janney, Stuart & Ober, of Baltimore, Md., and Charles R. Hickox, of New York City, for appellee.

PER CURIAM. Cause dismissed, at cost of appellant, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), per agreement of counsel.

---

COMPUTING SCALE CO. v. TOLEDO SCALE CO. (Circuit Court of Appeals, Sixth Circuit. June 29, 1923.) No. 3722. Appeal from the District Court of the United States for the Western Division of the Northern District of Ohio; Killits, Judge. Zane, Morse & Norman, of Chicago, Ill., and Smith, Baker, Effler, Allen & Eastman, of Toledo, Ohio, for appellant. Brown, Geddes, Schmettau & Williams and Tracy, Chapman & Welles, all of Toledo, Ohio, for appellee.

PER CURIAM. Order reversing decree of the District Court, and remanding cause, with directions to dismiss the petition. See, also, 279 Fed. 648.

---

CROUCH v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. December 15, 1922.) No. 2041. In Error to the District Court of the United States for the Eastern District of Virginia, at Norfolk. E. S. Merrill and Jas. G. Martin, both of Norfolk, Va., for plaintiff in error. Paul W. Kear, U. S. Atty., and L. S. Parsons, Asst. U. S. Atty., both of Norfolk, Va.

PER CURIAM. Consent order transferring case to the Supreme Court of the United States, under Act Cong. Sept. 14, 1922 (42 Stat. p. 837, c. 305), filed.

---

CUSMANO v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 18, 1923.) No. 3924. In Error to the District Court of the United States for the Southern Division of the Eastern District of Michigan; Simons, Judge. Henry A. Behrendt, of Detroit, Mich., for plaintiff in error. Earl J. Davis, U. S. Atty., of Detroit, Mich.

PER CURIAM. Order remanding cause to the District Court for the purpose of filing a motion for a new trial.

---

DAVIS, Director General of Railroads, etc., v. MERCANTILE TRUST CO. et al. (Circuit Court of Appeals, Sixth Circuit. May 7, 1923.) No. 3801. Appeal from the District Court of the United States for the Middle District of Tennessee; Sanford, Judge. James B. Wright, of Knoxville, Tenn., for appellants. A. W. Akers, W. L. Granbery, Walter Stokes, all of Nashville, Tenn., and Charles N. Burch, of Memphis, Tenn., for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.